**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ISMAEL ADAME-NUNEZ** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-3080** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **WARDEN, PIKE COUNTY** | : | |
| **CORRECTIONAL FACILITY** | : | |
| | : | |
| **Respondent.** | : | |

FILED
SCRANTON
NOV 02 2026
PER DJ
DEPUTY CLERK

**ORDER**

**AND NOW, THIS** 2nd **DAY OF NOVEMBER 2026**, upon consideration of Petitioner Ismael Adame-Nunez's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response, (Doc. 7), Petitioner's traverse (Doc. 8) and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **DENIED.**
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge